# CoronaCide™



**IMPORTANT NOTICE:** It appears that unscrupulous and fraudulent individuals and entites are linking to or using this website and images to suggest that they have or can get Coronacide's Test Kits. They may even falsely suggest that Coronacide Test Kits can be sold as home test kits. (See More*)

# CoronaCide COVID-19 IgM / IgG Rapid Test

**CoronaCide is authorized to be distributed pursuant to FDA EUA guidance.**

**Precise and Fast – RESULTS IN 10 MINUTES.**

**For professional use only – only to be used by healthcare professionals.**

**No special equipment needed.  Always consult with a physician to review test results.**

## What the COVID-19 tests: It detects IgG and IgM antibodies to SARS-CoV-2 in human blood.

**Bulk Orders Only - Click Here**



**Test Accuracy: IgG - 99.6%   IgM - 97.8% ***

# Ready to Order Covid-19 Test Kits?

## Ask Yourself These Five Critical Questions First:

1. What's "their" test accuracy? **Ours is 99.6% for IgG, and 97.8% for IgM.**

2. Was the test validated on Covid-19 patients? **Yes – CoronaCide was.**

3. Are their test kits manufactured in an ISO-9001 FDA Certified facility? **There is no higher standard or certification. Yes – CoronaCide test kits are manufactured in an ISO-9001 FDA Certified facility.**

4. Was the test compared to the "gold standard" PCR (polymerase chain reaction)?

PCR is used in molecular biology to amplify small sections of DNA.  Think about it like this:

If we were asked to find the single red grain of sand on a white sand beach, it would be impossible…

But if we had one million white soccer balls on that beach and we were asked to find the one red soccer ball, it would be easy to find it. PCR "amplifies" the DNA making it easier to locate.

**We use PCR technology to insure accuracy in testing.**

5. Perhaps most important: **Do you want to wait 3 days for your answer?** <span style="color:red">**The CoronaCide Covid-19 Rapid Test Kit provides results in 10 minutes.**</span>

## It's no secret...

There is an extreme shortage of COVID-19 test kits available. Most Physicians don't even have test kits, and they've been asked to **MINIMIZE** testing due to the limited availability of the existing clinical lab-CDC test kits.

**What does the CoronaCide COVID-19 test**: It can be used for rapid screening detecting both early marker and late marker IgG and IgM antibodies to SARS-CoV-2 in human blood.



# How It Works

Testing is easy – just like diabetics use (tiny / pain-free) "stick tests" to check their blood sugar, this test works in a similar manner. Just apply a blood drop specimen into the test cassette as described in the instructions

The blood specimen reacts with the SARS-VoV-2 antigen-coated particles in the test cassette. The mixture then migrates upward on the membrane chromatographically by capillary action and reacts with the anti-human IgG and IgM in the test line regions. If the blood specimen contains antibodies to SARS-CoV-2, a colored line will appear in the appropriate test line regions. Test results appear within 10 minutes. (See Product Insert for additional details)

## Test Accuracy:

**IgG – 99.6% *     IgM – 97.8% ***

**Bulk Orders Only**

**COVID-19 Test Kit Brochure**

# COVID-19 IgG/ IgM Rapid Test Cassette — CoronaCide

## Intended Use

The COVID-19 IgG/IgM Rapid Test (Whole Blood/Serum/Plasma) is a rapid chromatographic immunoassay for the qualitative detection of IgG and IgM antibodies to SARS-CoV-2 in human whole blood, serum, or plasma as an aid in the diagnosis of primary and secondary SARS-COV-2 infection

## Advantages

PCR is the gold standard for the diagnosis of COVID-19 disease. However, PCR test has been known to produce false negative results, with a positive detection rate of only ~30-50%. Other shortcomings include long testing time and inaccurate results caused by unoptimized sample collection method.
The COVID-19 IgG/IgM Rapid Test detects IgG &IgM antibodies to SARS-CoV-2 in human blood specimen.
It can be used as a companion test to detect COVID-19.
The testing process is simple. Results are ready in 10 minutes.

| Method | Results | Clinical Diagnosis (Confirmed) | | Total Results |
|---|---|---|---|---|
| | | Positive | Negative | |
| COVID-19 IgG/IgM Rapid Test Cassette for IgM | Positive | 78 | 3 | 81 |
| | Negative | 7 | 368 | 375 |
| Total Results | | 85 | 371 | 456 |

Diagnostic Sensitivity: 91.8 %( 95%CI: 83.8%-96.6%)*
Diagnostic Specificity: 99.2 %( 95%CI: 97.7%~99.8%)
Accuracy: 97.8 %( 95%CI: 96.0%~98.9%)*

| Method | Results | Clinical Diagnosis(Confirmed) | | Total Results |
|---|---|---|---|---|
| | | Positive | Negative | |
| COVID-19 IgG/IgM Rapid Test Cassette for IgG | Positive | 75 | 2 | 77 |
| | Negative | 0 | 369 | 369 |
| Total Results | | 75 | 371 | 446 |

Diagnostic Sensitivity: 100.0% (95%CI: 96.1%~100.0%)*
Diagnostic Specificity: 99.5% (95%CI: 98.1%~99.9%)
Accuracy: 99.6 %( 95%CI: 98.4%~99.9%)*

## Procedure



Click the image above to enlarge.

## COVID-19 Test Kit Product Insert



Click the image above to enlarge.

# COVID-19 Test Comparision

|  | PCR Nucleic Acid Tests | CoronaCide IgM/IgG Rapid Test |
|---|---|---|
| Results In | 1+ Hour | 10 Minutes |
| Facility Requirement | Laboratory | No special facilities needed |
| Operation | Requires trained technicians | Whole blood, serum or plasma |
|  | Requires Lab equipment | Test can be used anywhere |
|  | Complex operation | No specialized training required |
|  | Possible False Negatives | Results are clear and easy to read |
| Transport / Storage | Refrigeration Required | Room Temperature |
| Clinical Value | Commonly used gold standard | Highly specific |

## Bulk Orders Only - Click Here



## Coming Soon – Mobile App with Anti-Counterfeit Verification of COVID 19 Rapid Test Kit Authorized Under FDA Guidelines.





Click the image above to enlarge.

# FAQs

How much does the test kit cost? ⊕

How can I get more information? ⊕

What type of test kit is this? ⊕

How quickly can the results be obtained? ⊕

How accurate are the tests? ⊕

What is the shelf life for the CoronaCide COVID-19 rapid test kit? ⊕

What are the symptoms of COVID-19? ⊕

# Additional FDA Information

On March 16, 2020, the FDA updated its "Policy for Diagnostic Tests for Coronavirus Disease-2019 during the Public Health Emergency. (document download)

On March 18, CoronaCide received its submittal confirmation from the FDA (PEUA200124). Under the announced FDA policy, upon

filing its submittal, CoronaCide was authorized to market and distribute "CoronaCide COVID-19 IgM / IgG Rapid Test kits to any licensed healthcare practitioner in the United States for diagnostic use while it awaits a final decision on its FDA EUA application. While the policy does not apply to at-home testing, the policy does allow testing in laboratories or by healthcare workers at the point-of-care.

This test has not been reviewed by the FDA. Negative results do not rule out SARS-CoV-2 infection, particularly in those who have been in contact with the virus. Follow-up testing with a molecular diagnostic should be considered to rule out infection in these individuals. Results from antibody testing should not be used as the sole basis to diagnose or exclude SARS-CoV-2 infection or to inform infection status. Positive results may be due to past or present infection with non-SARS-CoV-2 coronavirus strains, such as coronavirus HKU1, NL63, OC43 or 229E.



> Q: What serology tests are being offered under the policy outlined in Section IV.D of the *Policy for Diagnostic Tests for Coronavirus Disease-2019*?
>
> The commercial manufacturers and laboratories listed below have notified FDA that they have validated and are offering serology tests as set forth in Section IV.D of the FDA's *Policy for Diagnostic Tests for Coronavirus Disease-2019*. The FDA has not reviewed the validation of tests offered by these developers, who will not be pursuing EUAs, and is including this list here to provide transparency regarding the notifications submitted to FDA.
>
> - BTNX, Inc. Rapid Response™ COVID-19 IgG/IgM Test Cassette
> - Coronacide™ COVID-19 IgM, IgG Rapid Test
> - Phamatech Inc. COVID19 IgG/IgM Rapid Test
> - Promedical
> - SD Biosensor Standard QCOVID-19 IgM/IgG
> - United Biomedical, Inc.

**Click here to go to the FDA website to access device listing.**

## * The CoronaCideTM COVID-19 IgM/IgG Rapid Test has already undergone significant testing for accuracy and efficacy.

The **CoronaCideTM COVID-19 IgM/IgG Rapid Test** was compared with clinical diagnosed positive samples using the Novel Coronavirus Diagnosis and Treatment Plan (Provisional 5th Edition). The study included 446 specimens for IgG and 456 specimens for IgM. All specimens are tested according to the user instruction of the test kit.

The results obtained, based on a 95% confidence level are that: as to IgG the test accuracy was that Diagnostic Sensitivity was

confirmed at 100% and Diagnostic Specificity was confirmed at 99.6%; as to IgM the test accuracy was that Diagnostic Sensitivity was confirmed at 91.8% and Diagnostic Specificity was confirmed at 97.8%.

Similar results have been obtained in additional clinical tests.

**\*IMPORTANT NOTICE:** It appears that unscrupulous and fraudulent individuals and entites are linking to or using this website and images to suggest that they have or can get Coronacide's Test Kits. They may even falsely suggest that Coronacide Test Kits can be sold as home test kits.

To be clear, unless listed as a CoronaCide "Authorized Distributor" no person or entity linking to this site and claiming to be an authorized distributor or authorized wholesaler of the Coronacide IgG/IgM Rapid Test Kit is authorized to do so.

In addition, we are not distributing and/or representing the Coronacide IgG/IgM Rapid Test Kit as a home test kit. We distribute kits only for use by medical professionals at the point of care. You should not believe any person or entity that tries to sell a COVID-19 home test kit. The FDA has established no guidance nor authority for the sale of COVID-19 home test kits and we recommend that no one attempt to purchase home test kits on the Internet or otherwise. Call your medical professional to get a COVID-19 test.

# Better Health Care is Our Mission

CoronaCide

140 West 9000 South

Suite 9

Sandy, UT 84070

CoronaCide Corporate Offices

808 West Waters Avenue

Tampa, FL 33604

**Bulk Orders Only - Click Here**

© MMXX CoronaCide - All Rights Reserved