# COVID-19 IgG/ IgM Rapid Test Cassette

CoronaCide™

## Intended Use

The COVID-19 IgG/IgM Rapid Test (Whole Blood/Serum/Plasma) is a rapid chromatographic immunoassay for the qualitative detection of IgG and IgM antibodies to SARS-CoV-2 in human whole blood, serum, or plasma as an aid in the diagnosis of primary and secondary SARS-COV-2 infection

## Advantages



PCR is the gold standard for the diagnosis of COVID-19 disease. However, PCR test has been known to produce false negative results, with a positive detection rate of only ~30-50%. Other shortcomings include long testing time and inaccurate results caused by unoptimized sample collection method. The COVID-19 IgG/IgM Rapid Test detects IgG &IgM antibodies to SARS-CoV-2 in human blood specimen.
It can be used as a companion test to detect COVID-19.
The testing process is simple. Results are ready in 10 minutes.

| Method | Results | Clinical Diagnosis (Confirmed) Positive | Negative | Total Results |
|---|---|---|---|---|
| COVID-19 IgG/IgM Rapid Test Cassette for IgM | Positive | 78 | 3 | 81 |
| | Negative | 7 | 368 | 375 |
| Total Results | | 85 | 371 | 456 |

Diagnostic Sensitivity: 91.8 %( 95%CI: 83.8%-96.6%)*
Diagnostic Specificity: 99.2 %( 95%CI: 97.7%~99.8%)
Accuracy: 97.8 %( 95%CI: 96.0%~98.9%)*

| Method | Results | Clinical Diagnosis[Confirmed] Positive | Negative | Total Results |
|---|---|---|---|---|
| COVID-19 IgG/IgM Rapid Test Cassette for IgG | Positive | 75 | 2 | 77 |
| | Negative | 0 | 369 | 369 |
| Total Results | | 75 | 371 | 446 |

Diagnostic Sensitivity: 100.0% (95%CI: 96.1%~100.0%)*
Diagnostic Specificity: 99.5% (95%CI: 98.1%~99.9%)
Accuracy: **99.6 %**( 95%CI: 98.4%~99.9%)*

## Procedure



**Exhibit B**