## Coronacide™ COVID-19 IgM/IgG Rapid Test Cassette (Whole Blood/ Serum/ Plasma) Package Insert (Cat: CC-001)

[INTENDED USE]

The COVID-19 IgM/IgG Rapid Test is a cassette (whole blood/serum/plasma) based qualitative immunoassay for the simultaneous detection of IgG and IgM antibodies to SARS-CoV-2 in human whole blood, serum, or plasma, as an aid in the diagnosis of primary and secondary SARS-CoV-2 infection. For Emergency Use Authorization Only.

[SUMMARY]

COVID-19 (also known as Coronavirus disease 2019) is caused by SARS-CoV-2. The new virus was first reported in Wuhan, China, in December 2019...

[PRINCIPLE]

...

[PRECAUTIONS]

...

[STORAGE AND STABILITY]

Store the package as a whole at room temperature or refrigerated (2-30 °C). The test is stable through the expiration date. DO NOT FREEZE.

[MATERIALS]

The small pouch contains:
1. Test cassette
2. Desiccant

The large pouch contains:
3. Buffer
4. Capillary
5. Package insert

[DIRECTIONS FOR USE]

Allow the test cassette, specimen, buffer, and/or controls to equilibrate to room temperature (15-30 °C) prior to testing.









[INTERPRETATION OF RESULTS]

**POSITIVE**
IgG and IgM POSITIVE: Three lines appear...
IgG POSITIVE: Two lines appear...
IgM POSITIVE: Two lines appear...

**NEGATIVE**
One colored line appears in the control region (C).

**INVALID**
Control line fails to appear.

[QUALITY CONTROL]

...

[LIMITATIONS]

...

[EXPECTED VALUES]

...

[PERFORMANCE CHARACTERISTICS]

Sensitivity and Specificity

IgG Results

IgM Results

Cross-reactivity

Interfering Substances

[BIBLIOGRAPHY]

1. World Health Organization (WHO) Statement Regarding Cluster of Pneumonia Cases in Wuhan, China.
2. ...

Number: ...
Effective date: 2020-03-17

**Exhibit C**