☎ (818)
746-3387
(9AM-5PM
EST)
(/CONTACT)
**SIGN IN**

# CORONASTOP28 (/)

home (/)
contact
(/contact)



It was always our sole intention to sell CoronaCide and other rapid test kits exactly as registered on the FDA - as a point-of-care system. We included the use of telemedicine as a POC. We will continue to provide the rapid kits to healthcare providers and foundations. If customers inadvertently purchased test kits without access to a healthcare provider or telemedicine

services, we are offering two options: They can be given an immediate refund on their purchase or we can provide telemedicine services to them so that they may appropriately use the test as directed and approved by their healthcare provider." We are attempting to solve the problem of an over crowded healthcare system and are donating test kits to

CoronaStop28

# universities for data and research.

# • COVID-19 IgM / IgG Rapid Test

- **FDA Registered & Authorized For POC Use**

- FDA #: PEUA200124 (http://www.fda.gov/medical-devices/emergency-situations-medical-devices/faqs-diagnostic-testing-sars-cov-2)

## PRECISE AND FAST – RESULTS IN 10 MINUTES.

- Tests like a diabetic strip

- No prescription required.

- No lab or special equipment needed.

- Test detects IgG and IgM antibodies to SARS-CoV-2 in human blood.

# Test Accuracy: IgG – 99.6%     IgM

# – 97.8%

## WHAT TYPE OF TEST KIT IS THIS?

Just like diabetics use (tiny / pain-free) "stick tests" to check their blood sugar, this test works in a similar manner. Just apply your blood into the test cassette as described in the clear instructions. (POC)

## WHAT DOES THE KIT TEST FOR?

The COVID-19 IgG/IgM Rapid Test (Whole Blood/Serum/Plasma) is a rapid chromatographic immunoassay for the qualitative detection of IgG and IgM antibodies to SARS-CoV-2 in human whole blood, serum, or plasma as an aid in the diagnosis of primary and secondary SARS-COV-2 infection. (Serological)

## WHAT IS SARS-COV-2?

Severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2), previously known by the provisional name 2019 novel coronavirus (2019-nCoV), is a positive-sense single-stranded RNA virus. It is contagious in humans and is the cause of the ongoing pandemic of coronavirus disease 2019 (COVID-19).

*Point-of-care (POC) is defined as the location where one receives care. Point-Of-Care Testing (POCT), also referred to as Near-Patient Testing (NPT), alternative site testing and bedside testing refers to the performance of analytical tests immediately after obtaining a sample, often in the same room that the patient is seen in (the "point of care"). These are tests performed outside of a central or traditional laboratory. POCT may be performed in the intensive care unit or emergency room, or in outpatient settings such as a clinic, physician's office, nursing home, assisted living center, in the home or at the bedside. POCT is popularly associated with now the standard glucometers, used by diabetics for measuring blood sugar levels and nitrazine strips for measuring vaginal pH in urine, confirming pregnancy. Other examples of POCT are refractometers for measuring urine specific gravity, immunoassays for measuring the creatine phosphokinase isoenzymes, myoglobin, and troponin I.

# How does our Rapid Test stack up against the current PCR laboratory test that is being administered in the United States?

## Advantages



PCR is the gold standard for the diagnosis of COVID-19 disease. However, PCR test has been known to produce false negative results, with a positive detection rate of only ~30-50%.
Other shortcomings include long testing time and inaccurate results caused by unoptimized sample collection method.
The COVID-19 IgG/IgM Rapid Test detects IgG &IgM antibodies to SARS-CoV-2 in human blood specimen.
It can be used as a companion test to detect COVID-19.
The testing process is simple. Results are ready in 10 minutes.

# FDA Registered & Authorized POC Use

These tests have been registered with U.S. Food & Drug Association (FDA) and are authorized for POC use.

- **FDA #: PEUA200124**

## IS THIS SEROLOGIC TEST BEING OFFERED UNDER THE POLICY OUTLINED IN SECTION IV.D OF THE POLICY FOR DIAGNOSTIC TESTS FOR CORONAVIRUS DISEASE-2019?

Yes,  this COVID-19 IgM/IgG Rapid Tests are authorized for POC use as is listed.

(See FAQ below for more information)

## INSTRUCTIONS



Testing is easy – just like diabetics use (tiny / pain-free) "stick tests" to check their blood sugar, this test works in a similar manner. Just apply your blood into the test cassette as described in the instructions

The blood specimen reacts with the SARS-CoV-2 antigen-coated particles in the test cassette. The mixture then migrates upward on the membrane chromatographically by capillary action and reacts with the anti-human IgG and IgM in the test line regions. If the blood specimen contains antibodies to SARS-CoV-2, a colored line will appear in the appropriate test line regions. Test results appear within 10 minutes. (See Product Insert below for additional details)



# COVID-19 Test Comparison

|  | PCR Nucleic Acid Tests | IgM/IgG Rapid Test |
|---|---|---|
| Results in | 1+ Hour | 10 Minutes |
| Facility Requirement | Laboratory | No special facilities needed |
| Operation | Requires trained technicians | Whole blood, serum or plasma |
|  | Requires Lab equipment | Test can be used anywhere |
|  | Complex operation | No specialized training required |
|  | Possible False Negatives | Results are clear and easy to read |
| Transport / Storage | Refrigeration Required | Room Temperature |
| Clinical Value | Commonly used gold standard | Highly specific |

# Kit Contents

【MATERIALS】
**The small pouch contains:**
1. Test cassette
2. Desiccant
**The large pouch contains:**
3. Buffer (0.02%NaN$_3$+ 0.025%Kanamycin Sulfate)
4. Sterile lancet
5. Alcohol swab
6. Disposable Capillary
7. Package insert





# Clinical Study Results

### Sensitivity and Specificity

The COVID-19 IgG/IgM Rapid Test Cassette was compared with clinical diagnosis(Confirmed). The study included 446 specimens for IgG and 456 specimens for IgM.

#### IgG Results

| Method | | Clinical Diagnosis(Confirmed) | | Total Results |
|---|---|---|---|---|
| | Results | Positive | Negative | |
| COVID-19 IgG/IgM Rapid Test Cassette for IgG | Positive | 75 | 2 | 77 |
| | Negative | 0 | 369 | 369 |
| Total Results | | 75 | 371 | 446 |

Diagnostic Sensitivity:100.0% (95%CI: 96.1%~100.0%)*

Diagnostic Specificity: 99.5% (95%CI: 98.1%~99.9%)*
Accuracy: 99.6 %( 95%CI: 98.4%~99.9%)*
*Confidence Interval

### IgM Results

| Method | | Clinical Diagnosis(Confirmed) | | Total Results |
|---|---|---|---|---|
| | Results | Positive | Negative | |
| COVID-19 IgG/IgM Rapid Test Cassette for IgM | Positive | 78 | 3 | 81 |
| | Negative | 7 | 368 | 375 |
| Total Results | | 85 | 371 | 456 |

Diagnostic Sensitivity: 91.8 %( 95%CI: 83.8%-96.6%)*
Diagnostic Specificity: 99.2 %( 95%CI: 97.7%~99.8%)*
Accuracy: 97.8 %( 95%CI: 96.0%~98.9%)*      *Confidence interval

# FAQ

## DO I NEED A PRESCRIPTION FROM A DOCTOR?

A doctor's prescription is NOT required to purchase a test, but consulting with a doctor or physician is recommended before use.

## HOW MUCH DOES THE TEST KIT COST?

$49.95 per unit

## WHAT TYPE OF TEST KIT IS THIS?

Just like diabetics use (tiny / pain-free) "stick tests" to check their blood sugar, this test works in a similar manner. Just apply your blood into the test cassette as described in the clear instructions.

## WHAT DOES THE KIT TEST FOR?

SARS-CoV-2  •  IgG and IgM

## WHAT IS SARS-COV-2?

Severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2), previously known by the provisional name 2019 novel coronavirus (2019-nCoV), is a positive-sense single-stranded RNA virus. It is contagious in humans and is the cause of the ongoing pandemic of coronavirus disease 2019 (COVID-19).

## WHAT IS POC?

Point of Care (POC) Defined: POC tests are designed to be used at or near the patient's location, said location intended to be at a dedicated medical office or clinic without requiring testing at the physical facilities of the clinical laboratories. In other words, a test performed outside of a lab at a location where the patient is receiving medical care as necessary.

## HOW QUICKLY CAN I GET THE RESULTS?

You'll have your results in 10 minutes, without a prescription and no special equipment needed.

## HOW ACCURATE ARE THE TESTS?

The COVID-19 IgG / IgM Rapid Test is very accurate.  The IgG test is 99.6% accurate.  The IgM test is 97.8% accurate.

## IS THIS A SEROLOGICAL TEST?

Yes.

## WHAT ARE SEROLOGICAL TESTS?

Serological tests are blood tests that look for antibodies in your blood. Different types of serologic tests are used to diagnose various disease conditions.  Serologic testing focuses on proteins made by the immune system. This vital body system helps keep you healthy by destroying foreign invaders that can make you ill.

## WHAT ARE THE SYMPTOMS OF COVID-19?

The most common symptoms of COVID-19 are fever, shortness of breath, tiredness, and dry cough, but NOT a runny nose. The virus hates the sun and is somewhat heat resistant.  Some patients may have aches and pains, nasal congestion, sore throat or

diarrhea. These symptoms are usually mild and begin gradually. Some people become infected but don't develop any symptoms and feel fine for up to several weeks.

## ARE THESE TESTS LEGITIMATE?

Absolutely, our tests have been validated and registered with the U.S. Food & Drug Association (FDA) as is outlined in in Section IV.D of the Policy for Diagnostic Tests for Coronavirus Disease-2019.

- **FDA Registered & Authorized For POC Use**

- FDA #: PEUA200124

## IS THIS COVID-19 TEST BEING OFFERED UNDER THE POLICY OUTLINED IN SECTION IV.D OF THE POLICY FOR DIAGNOSTIC TESTS FOR CORONAVIRUS DISEASE-2019?

As stated in Section IV.D of the FDA's *Policy for Diagnostic Tests for Coronavirus Disease-2019* (https://www.fda.gov/regulatory-information/search-fda-guidance-documents/policy-diagnostic-tests-coronavirus-disease-2019-during-public-health-emergency), the FDA does not intend to object to the development and distribution by commercial manufacturers, or development and use by laboratories, of serology tests to identify antibodies to SARS-CoV-2, where the test has been validated, notification is provided to FDA, and information along the lines of the following is included in the test reports:...

- Negative results do not rule out SARS-CoV-2 infection, particularly in those who have been in contact with the virus. Follow-up testing with a molecular diagnostic should be considered to rule out infection in these individuals.

- Results from antibody testing should not be used as the sole basis to diagnose or exclude SARS-CoV-2 infection or to inform infection status.

- Positive results may be due to past or present infection with non-SARS-CoV-2 coronavirus strains, such as coronavirus HKU1, NL63, OC43, or 229E.

This policy does not apply to at home testing.

The commercial manufacturers and laboratories listed below have notified FDA that they have validated and are offering serology tests as set forth in Section IV.D of the FDA's *Policy for Diagnostic Tests for Coronavirus Disease-2019* (https://www.fda.gov/regulatory-information/search-fda-guidance-documents/policy-diagnostic-tests-coronavirus-disease-2019-during-public-health-emergency)...

COVID-19 IgM/IgG Rapid Test

Source: fda.gov

## WANT TO KNOW MORE?



# The COVID-19 • Rapid Test That's FDA Registered & Authorized For POC Use

home (/home-harris) | purchase
(/contact) | contact (/contact)

Disclaimer | For more information or if you have
any questions, please use contact us directly.
The information contained herein should NOT
be used as a substitute for the advice of an a
qualified and licensed physician. The
information provided is for informational
purposes only. Please check with a physician if
you have health questions or go to the FDA.gov
for more information. Although we attempt to
provide accurate and up-to-date information,
no guarantee is made to that effect. All
information contained herein is subject to
change.