

http://archive.is/1KQ57     **Exhibit H**     4/7/2020


