**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CORONACIDE, LLC,**

    **Plaintiff,**                                **CASE NUMBER: 8:20-cv-00816**

**v.**

**WELLNESS MATRIX GROUP, INC., and GEORGE TODT,**

    **Defendants.**
_____/

**PLAINTIFF'S AMENDED CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, CoronaCide, LLC, hereby discloses the following:

1) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    CoronaCide, LLC (Plaintiff)
    Dr. Edward Joseph Eyring (Manager of Plaintiff)
    Richard E. Fee, Esq. (Counsel for Plaintiff)
    Kathleen M. Wade, Esq. (Counsel for Plaintiff)
    Fee & Jeffries, P.A. (Counsel for Plaintiff)
    Anton Hopen, Esq. (Counsel for Plaintiff)
    Smith & Hopen, P.A. (Counsel for Plaintiff)
    Wellness Matrix Group, Inc. (Defendant)
    George Todt (Defendant)

2)      the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:  None known.

3)      the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:  None known.

4)      the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff, CoronaCide, LLC

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated:  April 20, 2020                                      *s/ Richard E. Fee*
                                                             Richard E. Fee


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2020, I filed a true and accurate copy of the foregoing with the Clerk of the Court by using the CM/ECF system.

                                       *s/ Richard E. Fee*
                                       Richard E. Fee
                                       Florida Bar No. 813680
                                       Kathleen M. Wade
                                       Florida Bar No. 127965
                                       FEE & JEFFRIES, P.A.
                                       1227 N. Franklin Street
                                       Tampa, Florida 33602
                                       (813) 229-8008
                                       (813) 229-0046 (Facsímile)
                                       rfee@feejeffries.com
                                       kwade@feejeffries.com
                                       bmayer@feejeffries.com

                                       *and*

                                       /s/ Anton Hopen
                                       Anton Hopen
                                       Florida Bar No. 66877
                                       SMITH & HOPEN, P.A.
                                       180 Pine Avenue North
                                       Oldsmar, Florida 34677
                                       (813) 925-8505
                                       ah@smithhopen.com
                                       intake@smithhopen.com

                                       ***Counsel for Plaintiff,***
                                       ***CoronaCide, LLC***