UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CORONACIDE, LLC,

    Plaintiff,

v.

WELLNESS MATRIX GROUP, INC., and GEORGE TODT,

    Defendants.

_____/

CASE NO.: 8:20-cv-00816-CEH-AAS

## DECLARATION OF BARRY G. MIGLIORINI IN SUPPORT OF MOTION TO DISMISS DEFENDANT WELLNESS MATRIX GROUP DUE TO LACK OF IN PERSONAM JURISDICTION AND FORUM NON CONVENIENS

1. I, Barry G. Migliorini, declare that I am the Chief Executive Officer (CEO) of Wellness Matrix Group, Inc. (hereinafter "WMGR"). I make the following Declaration in Support of WMGR's Motion to Dismiss. The following is based upon my personal knowledge unless stated as based upon information and belief.

2. Wellness Matrix Group, Inc. is a Nevada corporation headquartered in Southern California and doing business primarily in that jurisdiction.

3. WMGR is not registered to do business in Florida.

4. Based upon information and belief, prior to the registration of Plaintiff in Florida, Plaintiff's manager and real party in interest, Joe Eyring, and his Utah based company, Hempba, made no mention of substantive contacts with the State of Florida during the relevant time period.

5. WMGR has no Florida agent for service of process.

6. WMGR directs no advertising toward Florida residents.

7. WMGR has no offices or facilities in Florida.

8. WMGR has no telephone or facsimile numbers, nor any mailing addresses in Florida.

9. WMGR maintains no books or records in Florida.

10. WMGR has no bank accounts or tangible personal or real property in Florida.

11. WMGR has no sales in Florida, has had no Florida income, and have not paid any Florida income tax.

12. No meetings of WMGR's management boards or equity holders have been held in Florida.

13. During the time period alleged in the Complaint, all business activities engaged in by WMGR occured in Southern California. Therefore all of the people who could have possibly engaged in the alleged wrongful conduct were, and most likely still are, located in California.

14. Almost every document related to Coronacide's claims against WMGR is located in California. Either it was created in California because both defendants are based in California, or the documents are in California because Coronacide's manager/owner, Joe Eyring, emailed them to George Todt in Los Angeles, CA.

15. Defendant WMGR has its own management team and offices separate from those of Defendant Todt.

16. Based on information and belief, all of the allegedly infringing websites are operated and built in California.

17. Any discovery responses by WMGR to discovery from Coronacide will come from witnesses or documents located in California.

18. Based on information and belief, at all times relevant in the Complaint Joe Eyring lived and worked in Utah. Eyring met with Todt in Utah in mid-March, 2020.

19. To my knowledge, Plaintiff Coronacide, the Florida LLC registered on April 7, 2020, has never done any business with, or even contacted, WMGR, with the exception of this Complaint.

20. It is extremely inconvenient for WMGR to litigate this case in Florida. It would increase legal and travel costs significantly to remain in Florida.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct based upon my personal knowledge, except where stated as based upon information and belief.

//

Dated: June 9, 2020

Barry G. Migliorini
CEO, Wellness Matrix Group

STATE OF ~~FLORIDA~~ CALIFORNIA (BGM)
COUNTY OF ~~LAKE~~ ORANGE

The instrument was acknowledged before me on this __9__ day of __June__,
20__20__, by __Barry G Migliorini__.

_____ Personally Known
_____ Produced Identification
__X__ Drivers License No. __C2557082__

_____
NOTARY PUBLIC/DEPUTY CLERK

__Kenny Lucas__
Print, type, or stamp commissioned
name of notary or deputy clerk.

KENNY LUCAS
Commission # 2203841
Notary Public - California
Orange County
My Comm. Expires JULY 2, 2021

**I have mailed a copy to:** (the other party)
MUST HAVE THE NAME AND CURRENT ADDRESS

_____
_____
_____

**THE ORIGINAL OF THIS DOCUMENT MUST BE FILED WITH:**

Gary J. Cooney
**Clerk of the Circuit Court and Comptroller**
550 West Main Street
P.O. Box 7800
Tavares, Florida 32778