UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CORONACIDE, LLC,

Plaintiff,                                                           CASE NO: 8:20-cv-00816-CEH-AAS

v.

WELLNESS MATRIX GROUP, INC., and
GEORGE TODT,

    Defendants.
_____/

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF IN PERSONAM JURISDICTION AND FOR FORUM NON CONVENIENS**

    Pursuant to Rule 6 (b)(1)(A), Federal Rules of Civil Procedure, Plaintiff, CoronaCide, LLC ("CoronaCide"), moves on the following grounds for a three-day enlargement of time in which to serve its response in opposition to Defendant, Wellness Matrix Group, Inc. ("WM Group")'s, Motion to Dismiss for Lack of In Personam Jurisdiction and for Forum Non Conveniens [Dk #13] ("Motion to Dismiss"), and states:

    1.    On April 8, 2020, CoronaCide filed the Verified Complaint. [Dkt. #1]

    2.    On May 1, 2020, WM Group was served with the Verified Complaint. [Dkt. #10]

    3.    On June 9, 2020, WM Group served its Motion to Dismiss. [Dkt. #13]

    4.    CoronaCide's response to the Motion to Dismiss is due on June 23, 2020.

    5.    CoronaCide requests a three-day enlargement of time, through and including Friday, June 26, 2020, in which to file and serve its response to the Motion to Dismiss.

6.      Good cause exists to support this extension.  The enlargement is necessary because CoronaCide's counsel was recently unwell, and because of CoronaCide's counsel's scheduling conflicts and deadlines in other pending cases.

7.      WM Group will not be prejudiced by the brief enlargement of time requested by CoronaCide as a case management and scheduling order has not been entered in the action and there are no deadlines presently pending.

8.      Prior to filing the instant motion, counsel for CoronaCide called and emailed WM Group's counsel in accordance with Local Rule 3.01 (g)'s good faith conference requirement, and counsel stated he had no objection to the extension.  *See* Certificate of Good Faith Conference, *infra.*

WHEREFORE, CoronaCide respectfully requests that this Court grant the foregoing Motion for Enlargement and enter an order enlarging the deadline for CoronaCide's response to the Motion to Dismiss through and including Friday, June 26, 2020, and grant such other and further relief that this Court deems just and appropriate.

## CERTIFICATE OF GOOD FAITH CONFERENCE

UNDERSIGNED COUNSEL HEREBY CERTIFIES that on June 22 and 23, 2020, she conferred via email and telephone with counsel for the Defendant, Andrew Kanter, who stated he had no objection to the extension.

                                        */s/ Kathleen M. Wade*
                                        Kathleen M. Wade

## MEMORANDUM OF LAW

Pursuant to Local Rule 3.01 (a), CoronaCide submits this, its supporting Memorandum of Law.

Rule 6 (b)(1)(A), Federal Rules of Civil Procedure authorizes the Court to extend the time for CoronaCide's response to the Motion to Dismiss as this request is made before the original deadline for responding to the Motion to Dismiss and good cause supports the Motion. Good cause exists because the deadline is not sought for purposes of delay. Rather, the extension is sought because counsel was recently unwell, and because of scheduling conflicts and deadlines in other pending cases. The extension will not prejudice WM Group as there are no pending case deadlines, a case management and scheduling order has not yet been entered, and WM Group's counsel consented to the extension. For all of the foregoing reasons, the Court should grant the Motion.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 23, 2020, I filed a true and accurate copy of the foregoing with the Clerk of the Court by using the CM/ECF system which will cause notice to be served to counsel for the Defendant, Andrew S. Kanter, Esq., Law Office of Andrew S. Kanter, PLLC, P.O. Box 173378, Tampa, Florida 33672, Email: akanter@akanterlaw.com.

/s/ Kathleen M. Wade
Richard E. Fee
Florida Bar No. 813680
Kathleen M. Wade
Florida Bar No. 127965
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008
(813) 229-0046 (Facsimile)
rfee@feejeffries.com
kwade@feejeffries.com
bmayer@feejeffries.com

*Counsel for Plaintiff,
CoronaCide, LLC*