**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CORONACIDE, LLC,

    Plaintiff,                                 CASE NUMBER:  8:20-cv-00816

v.

WELLNESS MATRIX GROUP, INC.,
and GEORGE TODT,

    Defendants.
_____/

# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CORONACIDE, LLC,

Plaintiff,

CASE NO: 8:20-cv-00816-CEH-AAS

v.

WELLNESS MATRIX GROUP, INC.,
and GEORGE TODT,

Defendants.
_____/

**DECLARATION OF DR. EDWARD JOSEPH EYRING, II IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF IN PERSONAM JURISDICTION AND FOR FORUM NON CONVENIENS AND SUPPORTING MEMORANDUM OF LAW**

Pursuant to 28 U.S.C. § 1746, I, Dr. Edward Joseph Eyring, II, state under penalty of perjury that the following is true:

1. I am over the age of 18, a resident of Salt Lake County, Utah, and make this declaration of my own personal knowledge.

2. I am the Manager of CoronaCide LLC ("CoronaCide"), a Florida corporation having a principal place of business address at 808 West Waters Avenue, Tampa, Florida 33604.

3. CoronaCide's website which is referenced in paragraph 19 of the Verified Complaint, www.cornacide.com (the "CoronaCide Website") was designed and built out of CoronaCide's Tampa office.

4. Will Ezell and Phoebe Ezell designed and built the CoronaCide Website.

5. Mr. and Mrs. Ezell are independent contractors for CoronaCide, and work out of CoronaCide's Tampa office.

6. Mr. and Mrs. Ezell also designed and created CoronaCide's marketing materials for the CoronaCide COVID-19 IgM/IgG Rapid Tests (the "CoronaCide Test Kits").

7. Mr. and Mrs. Ezell were given authorization to use the brochure for the CoronaCide Test Kits (the "CoronaCide Brochure") in creating CoronaCide's website in Tampa.

8. Mr. and Mrs. Ezell were also given authorization to use the product insert for the CoronaCide Test Kits (the "CoronaCide Product Insert") in creating CoronaCide's website in Tampa.

9. Defendants in this litigation took text and images from CoronaCide's materials for the CoronaCide Test Kits, including the CoronaCide Brochure and CoronaCide Product Insert, altered them, and displayed those materials on WM Group's websites.

10. Mr. and Mrs. Ezell have personal knowledge regarding CoronaCide's materials for the CoronaCide Test kits that were taken, altered, and displayed on WM Group's websites.

11. Samples of CoronaCide's materials for CoronaCide's Test Kits that were taken, altered, and displayed on WM Group's websites, including the CoronaCide Brochure and CoronaCide Product Insert, are kept at CoronaCide's Tampa office.

12. CoronaCide's exclusive sales group for the CoronaCide Test Kits is Medical Specialties Group Of Louisiana, LLC ("MSGOFLA").

13. MSGOFLA is based out of Pensacola, Florida.

14. I have met with MSGOFLA's employees in Tampa and elsewhere in Florida.

15. MSGOFLA's employees have knowledge regarding WM Group's attempted purchase of CoronaCide's Test Kits.

I, Dr. Edward Joseph Eyring, II state under penalty of perjury that the foregoing is true and correct.

Executed in _Salt Lake_, Utah, on this _26_ day of June, 2020.

_____
Dr. Edward Joseph Eyring, II

3