**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CORONACIDE, LLC,

      Plaintiff,                        Case No:  8:20-cv-00816-CEH

v.

WELLNESS MATRIX GROUP, INC.,
and GEORGE TODT,

      Defendants.

_____/

**PLAINTIFF'S MOTION TO DENY OR STRIKE DEFENDANT, WELLNESS MATRIX**
**GROUP, INC.'S MOTION TO DISMISS FOR LACK OF IN PERSONAM**
**JURISDICTION AND FOR FORUM NON CONVENIENS, FOR FAILURE TO**
**COMPLY WITH COURT ORDER**

Plaintiff, CoronaCide, LLC ("CoronaCide"), moves the Court for an Order Denying or

Striking Defendant, Wellness Matrix Group, Inc. ("Defendant")'s Motion to Dismiss for Lack of

In Personam Jurisdiction and For Forum Non Conveniens [Dkt. #13] ("Defendant's Motion"), for

failure to comply with the Court's Interested Persons Order for Civil Cases [Dkt. #4](the "Court's

Order"), and states the following:

1.      On April 9, 2020, the Court's Order was issued, which mandates that "within

**fourteen** days from the date of this order (or from the date of subsequent first appearance in this

action), each party, … **shall file and serve** a Certificate Of Interested Persons And Corporate

Disclosure Statement.  Dkt. #4 (Emphasis in original)

2.      On June 9, 2020, Defendant filed Defendant's Motion, and counsel for Defendant

filed his Limited Notice of Appearance of Local Counsel [Dkt. #12](the "Notice of Appearance").

3.      Although Defendant's counsel represented in the Notice of Appearance that he was "local counsel" for Defendant, Defendant's counsel was the only attorney to sign Defendant's Motion and only his signature block appeared on the Motion.  *See* Dkt. # 13 at p. 20.

4.      Since Defendant's Motion was filed, no other attorney has filed an appearance for Defendant.  Thus, Defendant's counsel is not simply "local counsel" but the only counsel of record.

5.      According to the Court's Order, Defendant's Certificate of Interested Persons and Corporate Disclosure Statement was due to be filed on June 23, 2020.

6.      On July 1, 2020, undersigned counsel for CoronaCide emailed Defendant's counsel, and informed counsel that Defendant's Certificate of Interested Persons and Corporate Disclosure Statement was due to be filed on June 23, 2020.  *See* Certificate of Good Faith Conference, *infra.*

7.      CoronaCide's counsel informed Defendant's counsel that if Defendant failed to file the Certificate of Interested Persons and Corporate Disclosure Statement on or before July 7, 2020, CoronaCide would seek the relief provided for by the Court in the Court's Order.

8.      On July 6, 2020, CoronaCide's counsel and Defendant's counsel conferred via telephone regarding the substance of this motion.  *See* Certificate of Good Faith Conference, *infra.*

9.      During the telephonic meet and confer conference, CoronaCide's counsel reiterated that she would give Defendant through and until July 7, 2020, in which to file its Certificate of Interested Persons and Corporate Disclosure Statement, and if Defendant failed to file its Certificate, then CoronaCide would file the instant motion.

10.     Despite the warnings and extension of time from CoronaCide to comply with the Court's Order, Defendant has still failed to comply with the Court's Order.

11.     Per the Court's Order, "[a] motion, memorandum, response, or other paper – including emergency motion – may be denied or stricken unless the filing party has previously filed and served its Certificate of Interested Persons and Corporate Disclosure Statement."  Dkt. #4 at p. 3.

12.     Defendant has had ample time and notice to meet its obligations and responsibilities to this Court, and to abide by the Court's Order.

13.     Defendant has also had sufficient advance notice that this Court could deny or strike Defendant's Motion if it failed to abide by the Court's Order.

14.     For these reasons, the Court should deny or strike Defendant's Motion.

WHEREFORE, CoronaCide, LLC, respectfully requests the Court to enter an Order denying or striking Defendant's Motion to Dismiss for Lack of In Personam Jurisdiction and For Forum Non Conveniens, and granting such other and further relief this Court deems just and appropriate.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 3.01(g), I hereby certify that I corresponded via electronic transmission on July 1, 2020, and conferred telephonically with counsel for Defendant on July 6, 2020, regarding the substance of the instant Motion to Strike.  Defendant's counsel never stated whether or not Defendant would file its Certificate of Interested Persons and Corporate Disclosure Statement.

/s/ *Kathleen M. Wade*
Kathleen M. Wade

## SUPPORTING MEMORANDUM

The Court previously notified all parties of their respective obligation to file the Certificate of Interested Persons and Corporate Disclosure Statement. *See* Court's Order, Dkt. #4. The Court also notified all parties of the consequences if they failed to abide by the Court's Order. *Id.* CoronaCide also notified Defendant of its obligation to file the Certificate, and gave Defendant an extension of time to do so. Additionally, CoronaCide forewarned Defendant that it would file this motion if Defendant still failed to abide by the Court's Order. Because Defendant not only failed to follow the Court's Order but now refuses to do so, the Court should do as it warned Defendant and deny or strike Defendant's Motion.

For all of these reasons, as well as those set forth in the Motion above, CoronaCide respectfully requests the Court grant this Motion.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 8, 2020, I filed a true and accurate copy of the foregoing with the Clerk of the Court by using the CM/ECF system which will cause notice to be served to counsel for the Defendant, Andrew S. Kanter, Esq., Law Office of Andrew S. Kanter, PLLC, P.O. Box 173378, Tampa, Florida 33672, Email: akanter@akanterlaw.com.

/s/ Kathleen M. Wade
Richard E. Fee
Florida Bar No. 813680
Kathleen M. Wade
Florida Bar No. 127965
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008
(813) 229-0046 (Facsimile)
rfee@feejeffries.com
kwade@feejeffries.com
bmayer@feejeffries.com

*and*

/s/ Anton Hopen
Anton Hopen
Florida Bar No. 66877
SMITH & HOPEN, P.A.
180 Pine Avenue North
Oldsmar, Florida 34677
(813) 925-8505
ah@smithhopen.com
intake@smithhopen.com

***Counsel for Plaintiff,***
***CoronaCide, LLC***

5