UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CORONACIDE, LLC,**

    **Plaintiff,**

v.                                        **Case No. 8:20-cv-816-T-36AAS**

**WELLNESS MATRIX GROUP, INC.,**
**And GEORGE TODT,**

    **Defendants.**
_____/

## ORDER

    Attorney Andrew Kanter for Wellness Matrix Group, Inc. (Wellness Matrix) requests to withdraw from this action. (Doc. 19). Local Rule 2.03(b), M.D. Fla., provides:

> "No attorney, having made a general appearance . . . , shall thereafter abandon the case or proceeding in which the appearance was made, or withdraw as counsel for any party therein, except by written leave of Court obtained after giving *ten (10) days' notice* to the party or client affected thereby, and to opposing counsel."

The motion states "[n]otice was given to Plaintiff and Defendant." (Doc. 19, ¶ 3). Attorney Kanter spoke with Wellness Matrix's legal counsel retained in California on July 1, 2020 to give notice of his intent to withdraw, but Attorney Kanter filed his motion on July 8, which does not meet the adequate ten days' notice under the Local Rules.

    Additionally, Attorney Kanter does not explain when Coronacide, LLC received notice of his intent to withdraw. Attorney Kanter's motion fails to include

1

the 3.01(g) certification required. Local Rule 3.01(g) requires every non-dispositive motion to include a statement in which the moving party (1) certifies he conferred with *opposing counsel* on the motion and (2) advises whether *opposing counsel* agrees with the requested relief.

Also, a corporate defendant like Wellness Matrix cannot represent itself and must obtain counsel admitted to practice before this court. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985); Local Rule 2.03(e), M.D. Fla.

The following is **ORDERED:**

1. Wellness Matrix's motion to withdraw Andrew Kanter as counsel (Doc. 19) is **DENIED without prejudice.**
2. Counsel may re-submit a motion that complies with the Local Rules and after a notice of appearance has been filed by Wellness Matrix's new counsel.
3. Wellness Matrix must retain counsel who must file a notice of appearance by **July 31, 2020.**

**ENTERED** in Tampa, Florida on July 8, 2020.

*/s/ Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge