**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CORONACIDE, LLC,

     Plaintiff,                     CASE NO:  8:20-cv-00816-CEH

v.

WELLNESS MATRIX GROUP, INC., and
GEORGE TODT,

     Defendants.

_____/

**PLAINTIFF'S NOTICE OF WELLNESS MATRIX GROUP, INC.'s**
**NON-COMPLIANCE WITH COURT'S JULY 8, 2020 ORDER**

Plaintiff, CoronaCide, LLC ("CoronaCide"), hereby notifies the Court that the Defendant, Wellness Matrix Group, Inc. ("WM Group"), has failed to comply with the Court's July 8, 2020 Order ("Order") (Dkt. 21), due to the failure of WM Group to retain new counsel by July 31, 2020, and states the following:

1.      On July 8, 2020, the Court entered its Order, which required WM Group to obtain new counsel and have a notice of appearance filed no later than July 31, 2020.

2.      WM Group did not comply with the Court's Order, and no further communication was sent to counsel for CoronaCide identifying that new counsel would be appearing.

3.      On July 28, 2020, current counsel for WM Group, Andrew S. Kanter ("Mr. Kanter"), filed his Second Motion to Withdraw ("Motion to Withdraw") (Dkt. 22).

4.      Mr. Kanter's Motion to Withdraw is not well taken because the Order specifies that Mr. Kanter would be allowed another attempt to withdraw as counsel only after new counsel appears for WM Group.

5.      As a result of WM Group's failure to obtain new counsel, it is in direct violation of the Court's Order.

6.      WM Group should be ordered to Show Cause why it violated the Court's Order.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 6, 2020, I filed a true and accurate copy of the foregoing with the Clerk of the Court by using the CM/ECF system which will cause notice to be served to counsel for the Defendant, Andrew S. Kanter, Esq., Law Office of Andrew S. Kanter, PLLC, P.O. Box 173378, Tampa, Florida 33672, Email: akanter@akanterlaw.com.

*/s/ Richard E. Fee*
Richard E. Fee
Florida Bar No. 813680
Kathleen M. Wade
Florida Bar No. 127965
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008
(813) 229-0046 (Facsimile)
rfee@feejeffries.com
kwade@feejeffries.com
bmayer@feejeffries.com
*and*
*/s/ Anton Hopen*
Anton Hopen
Florida Bar No. 66877
SMITH & HOPEN, P.A.
180 Pine Avenue North
Oldsmar, Florida 34677
(813) 925-8505
ah@smithhopen.com
intake@smithhopen.com

***Counsel for Plaintiff,
CoronaCide, LLC***