UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CORONACIDE, LLC,**

    **Plaintiff,**

v.                                                 Case No. 8:20-cv-816-T-36AAS

**WELLNESS MATRIX GROUP, INC.,**
**And GEORGE TODT,**

    **Defendants.**
_____/

## ORDER

    Attorney Andrew Kanter moves to withdraw as counsel for Wellness Matrix Group, Inc. for a second time. (Doc. 22). After consultation with the parties, a videoconference hearing is scheduled for **Tuesday August 25, 2020, at 3:00 p.m.** to address Attorney Kanter's motion and additional housekeeping matters. The court will send counsel a calendar entry containing a link to the videoconference information.

    **ORDERED** in Tampa, Florida, on August 11, 2020.

*Amanda Arnold Sansone*
_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge

1