**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CORONACIDE, LLC,**

     **Plaintiff,**

**v.**                                               **Case No. 8:20-cv-816-T-36AAS**

**WELLNESS MATRIX GROUP, INC.,**
**And GEORGE TODT,**

     **Defendants.**

_____/

## ORDER

On August 25, 2020, the court held a hearing to address Attorney Andrew Kanter's request to withdraw from representing Wellness Matrix Group, Inc. (Wellness Matrix). (Doc. 22). The following is **ORDERED:**

1.     Attorney Kanter's second motion to withdraw as attorney (Doc. 22) is **GRANTED.**

2.     Because Wellness Matrix, a corporate defendant, cannot represent itself and must obtain counsel admitted to practice before this court, Wellness Matrix must retain counsel who must file a notice of appearance and comply with the Local Rules, including filing a certificate of interested persons and corporate disclosures, by **Friday, September 18, 2020.**

    a.     Wellness Matrix has been on notice of Attorney Kanter's intent to withdraw since July 1, 2020. (*See* Doc. 19, ¶ 8).

    b.     If Wellness Matrix fails to comply by the September 18, 2020 deadline, Wellness Matrix will be in a default posture.

1

c. CoronaCide, LLC may then move for clerk's default under Federal Rule of Civil Procedure 55(a) because by not obtaining new counsel and otherwise complying with the Local Rules, Wellness Matrix has failed to "otherwise defend" against the lawsuit.

3. Attorney Kanter must provide a copy of this order to Wellness Matrix and must file a notice of compliance by **Wednesday, August 26, 2020.**

**ENTERED** in Tampa, Florida on August 25, 2020.

AMANDA ARNOLD SANSONE
United States Magistrate Judge

2