**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CORONACIDE, LLC,                                CASE NO.:  8:20-cv-00816-CEH-AAS

      Plaintiff,

  v.

WELLNESS MATRIX GROUP, INC.,
and GEORGE TODT,

      Defendants.
_____/

## NOTICE OF COMPLIANCE BY WELLNESS MATRIX GROUP, INC.'S COUNSEL

**PLEASE TAKE NOTICE THAT** pursuant to this Honorable Court's August 25, 2020 Order on Defendant Counsel's Second Motion to Withdraw, former counsel for WELLNESS MATRIX GROUP, INC. ("Defendant"), The Law Office of Andrew S. Kanter, PLLC ("Law Office"), hereby submits this Notice of Compliance that Law Office has duly informed Defendant of the outcome of this hearing via legal counsel retained in California, William H. Dailey, and provided documentation of this Honorable Court's ruling.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 25, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Richard E. Fee, Esq. and Kathleen M. Wade, Esq., FEE & JEFFRIES, P.A., 1227 N. Franklin Street, Tampa, FL 33602; rfee@feejeffries.com; kwade@feejeffries.com; bmayer@feejeffries.com; Anton Hopen, Esq., SMITH & HOPEN, P.A., 180 Pine Avenue North, Oldsmar, FL 34677; ah@smithhopen.com; intake@smithhopen.com.

**I FURTHER CERTIFY** that I mailed the foregoing document and the notice of electronic filing by U.S. Mail to the following non-CM/ECF participants: None.

/s/ANDREW S. KANTER, ESQ.
ANDREW S. KANTER, ESQ.
Florida Bar No.:  0037584
akanter@akanterlaw.com
LAW OFFICE of ANDREW S. KANTER, PLLC
P.O. BOX 173378
Tampa, FL 33672
(813) 527-0768 TELEPHONE
LOCAL COUNSEL for Defendant, WMGR
