# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CORONACIDE, LLC,

    Plaintiff,                               CASE NUMBER:  8:20-cv-00816-CEH-AAS

v.

WELLNESS MATRIX GROUP, INC.,
and GEORGE TODT,

    Defendants.
_____/

## NOTICE OF MEDIATION

    Plaintiff, CoronaCide, LLC., hereby gives notice that the parties have scheduled Mediation in this matter.  The Mediation conference is scheduled as follows:

| | |
|---|---|
| **Mediation Date:** | Friday, November 13, 2020 |
| **Time Reserved:** | 9:30 a.m.   (1/2 day reserved) |
| **Mediator:** | Peter J. Grilli |
| **Location:** | Peter J. Grilli, P.A.<br>3001 W. Azeele Street<br>Tampa, FL  33609 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 1, 2020, I served a true and accurate copy of the foregoing, via electronic transmission to counsel for the Defendant, Andrew S. Kanter, Esq., Law Office of Andrew S. Kanter, PLLC, P.O. Box 173378, Tampa, Florida 33672, Email: akanter@akanterlaw.com and William H. Dailey, Esq., 16161 Ventura Blvd., #748, Encino, California 91436, Email: william@attorneydailey.com; and via U.S. mail to Barry Migliorini, 17011 Beach Blvd., 9th Floor, Huntington Beach, California 92647.

/s/ Richard E. Fee
Richard E. Fee
Florida Bar No. 813680
Kathleen M. Wade
Florida Bar No. 127965
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008
(813) 229-0046 (Facsimile)
rfee@feejeffries.com
kwade@feejeffries.com
bmayer@feejeffries.com

and

/s/ Anton Hopen
Anton Hopen
Florida Bar No. 66877
SMITH & HOPEN, P.A.
180 Pine Avenue North
Oldsmar, Florida 34677
(813) 925-8505
ah@smithhopen.com
intake@smithhopen.com

*Counsel for Plaintiff,*
*CoronaCide, LLC*