UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CORONACIDE, LLC,

    Plaintiff,

v.                                Case No: 8:20-cv-816-T-36AAS

WELLNESS MATRIX GROUP, INC. and
GEORGE TODT,

    Defendants.
_____

## CLERK'S ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **GEORGE TODT** in Tampa, Florida on the 21st day of September, 2020.

                                              ELIZABETH M. WARREN, CLERK

                                              By: s/DG, Deputy Clerk

Copies furnished to:

Counsel of Record