**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CORONACIDE, LLC,

    Plaintiff,                         CASE NUMBER:  8:20-cv-00816-CEH

v.

WELLNESS MATRIX GROUP, INC.,
and GEORGE TODT,

    Defendants.
_____/

**NOTICE OF CANCELLATION OF MEDIATION**

    Plaintiff, CoronaCide, LLC, hereby cancels the Mediation previously scheduled in this matter on Friday, November 13, 2020, at 9:30 a.m., with Peter J. Grilli.  Defaults have been entered against all defendants, rendering the mediation unnecessary.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2020, I filed a true and accurate copy of the foregoing with the Clerk of the Court by using the CM/ECF system. A copy of the foregoing has been furnished via U.S. Mail to William H. Dailey, Esq., 16161 Ventura Blvd., #748, Encino, California 91436; via U.S. mail to Barry Migliorini, 7171 Warner Ave., Box B3, Huntington Beach, California 92647, and via U.S. Mail to George Todt, 6840 Farralone Ave, Canoga Park, CA 91303.

*/s/ Richard E. Fee*
Richard E. Fee
Florida Bar No. 813680
Kathleen M. Wade
Florida Bar No. 127965
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008
(813) 229-0046 (Facsimile)
rfee@feejeffries.com
kwade@feejeffries.com
bmayer@feejeffries.com

and

/s/ Anton Hopen
Anton Hopen
Florida Bar No. 66877
SMITH & HOPEN, P.A.
180 Pine Avenue North
Oldsmar, Florida 34677
(813) 925-8505
ah@smithhopen.com
intake@smithhopen.com

***Counsel for Plaintiff,
CoronaCide, LLC***