UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## NOTICE: COMPLIANCE WITH NEW LOCAL RULES

On **FEBRUARY 1, 2021**, the new Local Rules for the Middle District of Florida went into effect and now govern this action. All parties and counsel are expected to be familiar with the Local Rules. Among the changes are:

**Local Rule 1.06(c)** provides that in cases removed, any pending state court motion not refiled within 21 days after removal will be denied without prejudice.

**Local Rule 1.08** sets forth specific formatting and typographical requirements. All pleadings and motions **must** conform to the requirements of Rule 1.08.

**Local Rule 1.10** sets forth specific timing requirements for filing proofs of service and for applying for default and default judgment.

**Local Rule 3.01(d)** allows a party to reply to a response to a motion for summary judgment within 14 days after service of the response without leave of court.

**Local Rule 3.01(g)** expands the conferral requirement to include motions to dismiss and includes additional certification requirements.

**Local Rule 3.02(a)** permits case management conferences in person, by telephone, or by comparable means, and case management reports must be filed within the specified time.

**The above changes are not the only changes.**

**\*\*\*READ THE NEW LOCAL RULES CAREFULLY IN THEIR ENTIRETY\*\*\***

**Failure to comply with <u>ANY</u> of the new Local Rules may result in sanctions, a filing being stricken or denied, or an action being dismissed without further notice.**

**DONE AND ORDERED** in Tampa, Florida on February 2, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge