UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CORONACIDE, LLC,

    Plaintiff,

v.                                                                          Case No: 8:20-cv-816-CEH-AAS

WELLNESS MATRIX GROUP, INC.
and GEORGE TODT,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court *sua sponte*. A September 22, 2021 order denied CoronaCide, LLC's motion for default judgment and dismissed the complaint, without prejudice, for failure to state a claim. Doc. 42 at 23. The Court granted CoronaCide leave to file an amended complaint within fourteen days and cautioned CoronaCide that a failure to file an amended complaint within the time prescribed would result in the Court dismissing this action, without prejudice. *Id.* at 23–24. CoronaCide has neither filed an amended complaint within the time provided, nor requested an extension of time to file an amended complaint.

Accordingly, it is hereby **ORDERED**:

1. This action is **DISMISSED**, **without prejudice**.

2. The Clerk is directed to terminate all pending motions and deadlines and **CLOSE** this case.

1

**DONE AND ORDERED** in Tampa, Florida on October 14, 2021.

Charlene Edwards Honeywell
United States District Judge

Copies to: Counsel of Record and Unrepresented Parties, if any